[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-13689

Non-Argument Calendar

_____

SARAH E. THOMPSON,
EDWARD T. METZ,

                                                    Plaintiffs-Appellants,

*versus*

GOVERNOR OF THE STATE OF GEORGIA,
GEORGIA SECRETARY OF STATE,
BULLOCH COUNTY BOARD OF ELECTIONS,
CHAIRWOMEN, BULLOCH COUNTY BOARD
OF ELECTIONS,
JIM BENTON,
in his official capacity as member of the
Bulloch County Board of Elections, et al.,

2                    Opinion of the Court                    24-13689

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:24-cv-04987-MHC

_____

Before JILL PRYOR, GRANT, and BRASHER, Circuit Judges.

PER CURIAM:

Sarah E. Thompson and Edward T. Metz, plaintiffs below, appeal from the district court's denial of their construed motion for a temporary restraining order that sought to stop the then-upcoming November 5, 2024, election. Georgia's Governor and Secretary of State, Brian Kemp and Brad Raffensperger, respectively, filed a motion to dismiss this appeal.

We agree that this appeal is now moot. Georgia has conducted, counted, and certified the vote, meaning we can no longer grant meaningful relief as to the order the plaintiffs appealed. *See Wood v. Raffensperger*, 981 F.3d 1307, 1316-17 (11th Cir. 2020); *Zinni v. ER Solutions, Inc.*, 692 F.3d 1162, 1166 (11th Cir. 2012). And no exception to the mootness doctrine applies. *See Brooks v. Ga. State Bd. of Elections*, 59 F.3d 1114, 1120 21 (11th Cir. 1995); *Wood*, 981 F.3d at 1317-18. We thus lack jurisdiction over this appeal. *See Christian Coal. Of Fla., Inc. v. United States*, 662 F.3d 1182, 1189 (11th Cir. 2011).

24-13689                Opinion of the Court                3

Accordingly, Kemp and Raffensperger's motion is GRANTED, and this appeal is DISMISSED. All other pending motions are DENIED as moot.